**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO.  1:15-CV-00201-RC |
| § | |
| v. § | |
| § | |
| CITY OF BEAUMONT, TEXAS, § | |
| § | |
| Defendant. § | |
| § | |

**ORDER GRANTING MOTION FOR ENTRY OF CONSENT DECREE**

Pending before the court is the parties' "Amended Joint Motion for Entry of Consent Decree." (Doc. No. 103.)  The court has reviewed the motion and Consent Decree and finds that the motion is meritorious.

It is, therefore, **ORDERED** that the "Amended Joint Motion for Entry of Consent Decree" (Doc. No. 103) is **GRANTED** and the Consent Decree (Doc. No. 103, attach. 1) is adopted and approved in all respects, and the terms, conditions, and provisions of the agreement shall be binding on the parties.

The clerk is directed to close the case and terminate all other pending motions.  The court will enter the Consent Decree separately.

So **ORDERED** and **SIGNED** this **15** day of **June, 2016.**

_____
Ron Clark, United States District Judge